**No. 49951.**—Protest 63612–K of J. Sammes (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the Roquefort cheese is similar in all material respects to that passed upon in Abstracts 36724 and 38185, which records were incorporated herein. In accordance with stipulation and following the decisions cited the court held that an allowance for the weight of the paper or foil, or both, should have been made by the collector from the net weight used in computing the duty thereon. The protest was sustained to this extent.

**No. 49952.**—Protests 36218–K, etc., of F. S. Choyke et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese is similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), and Abstracts 42146 and 48269, which records were incorporated herein. In accordance with stipulation and on the authority of the decisions cited the court held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.

**No. 49953.**—Protest 34519–K of F & M Importing Co., Inc. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the Pecorino Sardo cheese and Provolone cheese are similar in all material respects to the merchandise passed upon in Abstracts 42146 and 42309, which records were incorporated herein. In accordance with stipulation and following the decisions cited the court held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of inedible coverings on the outside of the cheese. The protest was sustained to this extent.